Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOING OUT, INC., a California corporation; J&D FASHION, a business entity of form unknown; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV16-04297-FMO-AGR<br>*Hon. Fernando M. Olguin Presiding*<br>*Referred to Hon. Alicia G. Rosenberg*<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES OF DEFENDANT GOING OUT, INC., DKT. #36** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Design Collection, Inc. hereby withdraws its Notice of Motion and Motion to Compel Discovery Responses of Defendant Going Out, Inc. erroneously filed in this action on March 21, 2017, as docket number 36. It was erroneously filed and has been corrected and filed under docket entry number 37.

Respectfully submitted,

Date: March 21, 2017         By:    */s/ David Shein*
                                    Stephen M. Doniger, Esq.
                                    David R. Shein, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff
                                    Design Collection, Inc.

2

NOTICE OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES OF DEFENDANT GOING OUT, INC. (DKT. #36)